NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@.usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-24-APG-DJA |
| Plaintiff, | Motion to Unseal |
| vs. | |
| VICTOR RAMONE WRIGHT, | |
| Defendant. | |

This motion is timely filed.

Having learned that defendant Victor Ramone Wright was brought into the custody of the Warden of Clark County Detention Center on the date of this filing, the United States moves to unseal the Indictment in this matter and this matter.

DATED: February 9, 2021

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Daniel J. Cowhig

DANIEL J. COWHIG
Assistant United States Attorney

IT IS SO ORDERED:

Dated: February 10, 2021

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1