# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR RAMONE WRIGHT,<br><br>Defendant. | Case No. 2:21-cr-24-APG-DJA<br><br>**Order for Issuance of Writ of Habeas Corpus Ad Prosequendum for Victor Ramone Wright (ID # NV02946823** |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of Victor Ramone Wright before the United States District Court at Las Vegas, Nevada, on February 17, 2021, at 3:00 p.m. in Courtroom 3D to make his initial appearance on Indictment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED:

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@.usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR RAMONE WRIGHT,<br><br>Defendant. | Case No. 2:21-cr-24-APG-DJA<br><br>**Petition for Writ of Habeas Corpus Ad Prosequendum for Victor Ramone Wright (ID # NV02946823)** |

    The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, Clark County Detention Center, Las Vegas, Nevada, and the United States Marshal for the District of Nevada to produce Victor Ramone Wright before the United States District Court on or about February 17, 2021, at 3:00 p.m. in Courtroom 3D to make his initial appearance on indictment.

    Victor Ramone Wright was brought into the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada on this date, February 9, 2021, and there remains as of this filing.

1 On January 27, 2021, a federal grand jury in this District returned an Indictment in the above-captioned matter charging Victor Ramone Wright with Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce Victor Ramone Wright before this Court for the purpose of initial appearance regarding a Criminal Indictment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

Respectfully submitted February 9, 2021.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Daniel J. Cowhig*
DANIEL J. COWHIG
Assistant United States Attorney