RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Victor Ramone Wright

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00024-APG-DJA |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES** (Seventh Request) |
| VICTOR RAMONE WRIGHT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Victor Ramone Wright, that the previously ordered deadline for filing of pretrial motions be vacated and that the parties herein shall have to and including November 9, 2022, within which to file the Defendant's pretrial motions previously due September 27, 2022.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including November 23, 2022, to file any and all responsive pleadings, currently due October 11, 2022.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including November 30, 2022, to file any and all replies to dispositive motions, currently due May 2, 2022.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to meet and discuss the government's proposed resolution with her client; and to determine whether to file a pretrial motion should her client reject the government's proposed resolution.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with her client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the seventh stipulation to continue filed herein.

DATED this 11th day of October 2022.

RENE L. VALLADARES
Federal Public Defender

JASON M. FRIERSON
United States Attorney

*/s/ Nisha Brooks-Whittington*
By_____
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender

*/s/ Daniel J. Cowhig*
By_____
DANIEL J. COWHIG
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00024-APG-DJA |
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| v. | |
| VICTOR RAMONE WRIGHT, | |
| Defendant. | |

## FINDINGS OF FACT, CONCLUSIONS OF LAW

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      Counsel for the defendant needs additional time to meet and discuss the government's proposed resolution with her client; and to determine whether to file a pretrial motion should her client reject the government's proposed resolution.

2.      The defendant is not incarcerated and does not object to the continuance.

3.      The parties agree to the continuance.

4.      The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with her client.

5.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

3

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including November 9, 2022, within which to file the Defendant's pretrial motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including November 23, 2022, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including November 30, 2022, to file any and all replies to dispositive motions.

DATED this 12th day of October 2022.

_____

UNITED STATES DISTRICT JUDGE

4