JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR RAMONE WRIGHT,<br><br>Defendant. | Case No. 2:21-cr-24-APG-DJA<br><br>Stipulation to Continue the Deadlines for the United States' Response to Defendant's Motion to Suppress [ECF No. 55] Set in the Court's ORDER to Continue Motions Deadlines [ECF No. 54] and for Defendant's Reply<br>(Tenth Request) |

CERTIFICATION: This stipulation is timely filed in accordance with the Court's ORDER to Continue Motions Deadlines at ECF No. 54.

## STIPULATION

The United States of America, through Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and defendant Victor Ramone Wright, by and through his counsel, Nisha Brooks-Whittington, Assistant Federal Public Defender, stipulate and agree and jointly move this Honorable Court to extend the current Friday, December 16, 2022, deadline for the United States' response to the defendant's Motion to Suppress at ECF No. 55, set in the Court's ORDER to Continue Motions

Deadlines at ECF No. 54, to Friday, December 30, 2022, with the defendants' reply due 14 days after the filing of the response, on January 13, 2023.

Defendant Wright is not detained and does not object to the continuance.

The parties make this stipulation for good cause and not for the purposes of delay, but merely to allow counsel time to fully brief the filed motion.

A proposed order to accomplish the requested change to the present response and reply deadlines is attached.

Respectfully Submitted this December 14, 2022:

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| *//s// Daniel J Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney | *//s// Nisha Brooks-Whittington*<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender<br>Counsel for Victor Ramone Wright |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR RAMONE WRIGHT,<br><br>Defendant. | Case No. 2:21-cr-24-APG-DJA<br><br>ORDER to Continue Motions Deadlines |

ORDER

IT IS HEREBY ORDERED, based on the stipulation of the parties, and good cause appearing therefore, that the current Friday, December 16, 2022, deadline for the United States' response to the defendant's Motion to Suppress at ECF No. 55, set in the Court's Order to Continue Motions Deadlines at ECF No. 54, to Friday, December 30, 2022, with the defendants' reply due 14 days after the filing of the response, January 13, 2023.

IT IS SO ORDERED.

Dated this December __14__, 2022.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE