```
1   RENE L. VALLADARES
    Federal Public Defender
2   Nevada State Bar No. 11479
    NISHA BROOKS-WHITTINGTON
3   Assistant Federal Public Defender
    411 E. Bonneville, Ste. 250
4   Las Vegas, Nevada 89101
    (702) 388-6577/Phone
5   (702) 388-6261/Fax
    Nisha_Brooks-Whittington@fd.org
6   Attorney for Victor Ramone Wright
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00024-APG-DJA |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE EVIDENTIARY HEARING** |
| v. | (First Request) |
| VICTOR RAMONE WRIGHT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Victor Ramone Wright, that the Evidentiary Hearing currently scheduled on March 17, 2023 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, preferably on March 30, 2023 or thereafter.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the jurisdiction from March 16-17, 2023, and therefore unavailable for the currently scheduled evidentiary hearing. Counsel has represented

Mr. Wright since September 27, 2021 (ECF No. 33) and to afford him the continuity of defense counsel, a continuance is requested.

    2.    The defendant is not in custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

This is the first request for a continuance of the evidentiary hearing.

DATED this 9th day of March 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender |    */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR RAMONE WRIGHT,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00024-APG-DJA<br><br>**ORDER** |

　　Based on the stipulation and good cause appearing;

　　IT IS ORDERED that the Evidentiary Hearing currently scheduled for Friday, March 17, 2023 at 9:00 a.m., be vacated and continued to **March 30, 2023** at the hour of **9:00 a.m.**

　　DATED this 10th day of March 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3