RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Victor Ramone Wright

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00024-APG-DJA |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING** |
| v. | (First Request) |
| VICTOR RAMONE WRIGHT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Victor Ramone Wright, that the previously ordered deadline for filing of supplemental briefing be vacated and that the parties herein shall have to and including June 21, 2023.

The Stipulation is entered into for the following reasons:

1. On March 30, 2023, this Court held an evidentiary hearing on Mr. Wright's Motion to Suppress. ECF No. 72. At the conclusion of the hearing, the parties were ordered to file supplemental briefing two weeks after the evidentiary hearing transcript is filed. ECF No.

72. The evidentiary hearing transcript was filed on May 24, 2023. ECF No. 79. Defense counsel will be out of the jurisdiction from May 29, 2023, through June 3, 2023. As a result, defense counsel needs additional time to review the transcript, research the issues raised by this Court, and prepare the supplemental briefing.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to review the evidentiary hearing transcript and prepare the supplemental briefing.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 25th day of May 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| /s/ Nisha Brooks-Whittington<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | /s/ Daniel J. Cowhig<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR RAMONE WRIGHT,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00024-APG-DJA<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT, CONCLUSIONS OF LAW**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On March 30, 2023, this Court held an evidentiary hearing on Mr. Wright's Motion to Suppress. ECF No. 72. At the conclusion of the hearing, the parties were ordered to file supplemental briefing two weeks after the evidentiary hearing transcript is filed. ECF No. 72. The evidentiary hearing transcript was filed on May 24, 2023. ECF No. 79. Defense counsel will be out of the jurisdiction from May 29, 2023, through June 3, 2023. As a result, defense counsel needs additional time to review the transcript, research the issues raised by this Court, and prepare the supplemental briefing.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with her client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including June 21, 2023, within which to file the supplemental briefing.

DATED this 25th day of May 2023.

_____
UNITED STATES MAGISTRATE JUDGE