RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Victor Ramone Wright

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00024-APG-DJA |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE OBJECTIONS TO REPORT AND RECOMMENDATION [ECF NO. 86] TO DEFENDANT'S MOTION TO SUPPRESS [ECF. NO 55]** |
| VICTOR RAMONE WRIGHT, | |
| Defendant. | (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Victor Ramone Wright, that the Objection deadline to the Report and Recommendation (ECF No. 86) to Defendant's Motion to Suppress (ECF No. 55) currently set for August 29, 2023, be vacated and continued and reset to September 12, 2023.

The Stipulation is entered into for the following reasons:

1.      Defense counsel is out of the jurisdiction from August 22 – 25, 2023, and will need additional time upon her return to prepare and file objections to the Report and Recommendation.

2.      The defendant is out of custody and does not object to the continuance.

3.      The parties agree to the continuance.

4.      The additional time requested herein is not sought for purposes of delay, but merely to allow counsels for the defense sufficient time to prepare and file objections to the Report and Recommendation.

This is the first stipulation to continue filed herein.

DATED this 22nd day of August 2023.

RENE L. VALLADARES                         JASON M. FRIERSON
Federal Public Defender                        United States Attorney


*/s/ Nisha Brooks-Whittington*                   */s/ Daniel J. Cowhig*
By_____        By_____
NISHA BROOKS-WHITTINGTON          DANIEL J. COWHIG
Assistant Federal Public Defender            Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00024-APG-DJA |
| Plaintiff, | ORDER |
| v. | |
| VICTOR RAMONE WRIGHT, | |
| Defendant. | |

Based on the stipulation and good cause appearing,

IT IS THEREFORE ORDERED that the Objections to the Report and Recommendation currently due on August 29, 2023; be filed and continued to September 12, 2023.

DATED this 23rd day of August 2023.

_____
UNITED STATES DISTRICT JUDGE

3