UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>v.<br><br>VICTOR RAMONE WRIGHT,<br><br>　　　　Defendant | Case No.: 2:21-cr-00024-APG-DJA<br><br>**Order (1) Accepting Report and Recommendation and (2) Granting in Part Defendant's Motion to Suppress**<br><br>[ECF Nos. 55, 86] |

　　　　On August 15, 2023, Magistrate Judge Albregts recommended that I grant in part and deny in part defendant Victor Wright's motion to suppress. Judge Albregts recommended that I deny the motion to suppress evidence of a firearm and ammunition found in a car Wright was riding in, as well as DNA obtained as a result of a search of the car and Wright's person. ECF No. 86 at 1. But Judge Albregts recommended that I suppress statements Wright made to law enforcement officers before he was given Miranda warnings. *Id.* at 1-2. The deadline to object to Judge Albregts' report and recommendation expired on September 12, 2023. ECF No. 90. No party objected. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　　　I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation (ECF No. 86) is accepted.

I FURTHER ORDER that defendant Victor Wright's motion to suppress (ECF No. 55) is GRANTED in part. The motion is granted regarding Wright's request to suppress his statements made before officers informed him of his *Miranda* rights. The motion is denied regarding Wright's request that the DNA, ammunition, and firearm be suppressed.

DATED this 18th day of September, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE