RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Victor Wright

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00024-APG-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| v. | (First Request) |
| VICTOR WRIGHT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Victor Wright, that the sentencing hearing currently scheduled for March 13, 2024 at 1:30 pm, be vacated and set to a date and time convenient to this Court, but no sooner than fourteen (14) days.

The Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to gathering mitigating evidence for the sentencing hearing.

2. The defendant is out of custody and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 5th day of March, 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VICTOR WRIGHT,<br><br>　　　　Defendant. | Case No. 2:21-CR-00024-APG-DJA<br><br>ORDER |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for March 13, 2024, at the hour of 1:30 p.m., be vacated and continued to March 27, 2024 at the hour of 1:30 p.m. in Courtroom 6C.

　　DATED this 6th day of March, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3