RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Victor Wright

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR WRIGHT,<br><br>　　　　　Defendant. | Case No. 2:21-CR-00024-APG-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Victor Wright, that the sentencing hearing currently scheduled for March 27, 2024 at 1:30 pm, be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel was out of the jurisdiction on March 14, 15, and 19, 2024, and needs additional time to prepare objections to the presentence investigation report. The defense

is also awaiting additional mitigating evidence that is relevant to sentencing and will be discussed in the sentencing memorandum.

    2.    The defendant is out of custody and does not object to the continuance.

    3.    The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 20th day of March, 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00024-APG-DJA |
| Plaintiff, | ORDER |
| v. | |
| VICTOR WRIGHT, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for March 27, 2024, at the hour of 1:30 p.m., be vacated and continued to April 30, 2024 at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 21st day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE