Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

---

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**October 27, 2025**

---

Name of Offender: **Victor Ramone Wright**

Case Number: **2:21CR00024**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **April 30, 2024**

Original Offense: **Felon in Possession of a Firearm.**

Original Sentence: **60 Months probation**

Date Supervision Commenced: **April 30, 2024**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

---

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Remote Alcohol Detection-** The person under supervision must participate in the Remote Alcohol Detection Program for 60 days and must abide by all technology requirements. The person under supervision is to refrain from any use of alcoholic beverages. The person under supervision must follow all program rules and must pay the cost of the program based upon their ability to pay, including equipment loss or damage, as directed by the Court and/or the United States Probation Officer.

2. **No Alcohol** – You must not use or possess alcohol.

---

## CAUSE

On April 30, 2024, Wright was sentenced to five years' probation for committing the offense of Felon in Possession of a Firearm. Probation commenced on April 30, 2024.

RE: Victor Ramone Wright

Prob12B
D/NV Form
Rev. June 2014

On October 5, 2025, Wright was arrested for the offense of DUI Liquor, in violation of NRS 11.14.303, a misdemeanor charge. The next court date is in February 2026.

On October 5, 2025, Las Vegas Metropolitan Police Department (LVMPD) responded to a call for service for a male being passed out in the driver's seat of his vehicle in the road. Upon arrival, officers saw Wright asleep behind the wheel of his car on the westbound lanes, east of the intersection. Wright had his foot pressed on the brake while he was asleep, but the vehicle was still in drive. When Wright was woken by Officers, he was confused and had to be asked multiple times to put the car in park. Wright attempted to put the car in park but confused the brake pedal for the gas pedal causing the engine to rev.

Wright was extremely unstable after being escorted from the vehicle and needed assistance from Officers to walk. Additionally, his speech was mumbled, and he smelled of alcohol. Wright admitted to the Officers that he consumed several drinks before driving. He failed several field sobriety tests and was arrested on the above charge. Wright consented to a blood draw to determine his blood alcohol level, but the undersigned officer has not received the results of the blood draw at this time. Additionally, Wright failed to report this arrest to the undersigned officer and was not truthful until the undersigned officer questioned him about police contact on October 5, 2025.

Due to the above facts, it is respectfully requested that his conditions be modified to include a no alcohol condition, and that he participate in an alcohol monitoring program for 60 days. Wright has been placed back in the drug testing program and was referred to substance abuse treatment with Crossroads Treatment Center.

Wright is in agreement with the addition of the above conditions as witnessed by his signature on the attached waiver.

Should the Court have any questions, the undersigned officer will be available at the Court's convenience.

Respectfully submitted,

Digitally signed by Brianna King
Date: 2025.10.27 13:09:06 -07'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2025.10.27 12:45:03 -07'00'

Steve M Goldner
Supervisory United States Probation Officer

RE: Victor Ramone Wright

Prob12B
D/NV Form
Rev. June 2014

---

## THE COURT ORDERS

☐     No Action.

☐     The extension of supervision as noted above.

☑     The modification of conditions as noted above

☐     Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

_____
Signature of Judicial Officer

October 28, 2025
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **No Alcohol** – You must not use or possess alcohol.

2. **Remote Alcohol Detection-** The person under supervision must participate in the Remote Alcohol Detection Program for 60 days and must abide by all technology requirements. The person under supervision is to refrain from any use of alcoholic beverages. The person under supervision must follow all program rules and must pay the cost of the program based upon their ability to pay, including equipment loss or damage, as directed by the Court and/or the United States Probation Officer.

Witness _____   Signed _____
U.S. Probation Officer                              Probationer or Supervised Releasee

10/23/25
_____
Date