**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

VICTOR RAMONE WRIGHT,

      Defendant.

Case No. 2:21-cr-00024-APG-DJA

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 24, 2026 at 9:00 a.m., be vacated and continued to March 4, 2026 at the hour of 1:30 p.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 23rd day of February, 2026.

_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3